# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 20-CR-2808-CAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT ON MOTION DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |
| KIMBERLY RUBY TREJO (1), NORMA SANCHEZ HERNANDEZ (2), CHRISTIAN FLORES (3), | |
| Defendants. | |

On motion of the United States, and pursuant to Federal Rule of Criminal Procedure 48(a), with no opposition from either Defendant,

**IT IS HEREBY ORDERED** that the Motion to Dismiss is hereby granted.

**IT IS THE JUDGMENT OF THE COURT** that the single count Indictment, as it pertains to defendants Kimberly Ruby Trejo, Norma Sanchez Hernandez, and Christian Flores, is hereby dismissed without prejudice. Bond is exonerated as to defendants Kimberly Ruby Trejo and Norma Sanchez Hernandez. Abstract of Order releasing defendant Christian Flores shall be filed forthwith.

**IT IS SO ORDERED.**

DATED: January 27, 2022

_____
HON. CATHY A. BENCIVENGO
UNITED STATES DISTRICT JUDGE